UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| RICHLAND EQUIPMENT COMPANY, INC., a Mississippi Corporation, | CASE NO. 5:17-cv-88 PCB-MTP |
| Plaintiff, | |
| v. | VERIFIED COMPLAINT |
| | JURY TRIAL DEMANDED |
| DEERE & COMPANY, a Delaware Corporation, | INJUNCTIVE RELIEF REQUESTED |
| Defendant. | |

## JURY DEMAND

Richland Equipment Company, Inc., a Mississippi Corporation, Plaintiff in the above-captioned matter, hereby does formally request a Trial by Jury in this proceeding.