UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| RICHLAND EQUIPMENT COMPANY, INC., a Mississippi Corporation,<br>*Plaintiff,*<br><br>v.<br><br>DEERE & COMPANY, a Delaware Corporation,<br>*Defendant.* | CASE NO. 5:17-cv-88 DCB-MTP<br><br>VERIFIED COMPLAINT<br>JURY TRIAL DEMANDED<br>INJUNCTIVE RELIEF REQUESTED |

## VERIFICATION

I, Jack R. Jones, Jr., being first duly sworn, under oath, did depose and state the following:

(1)   I am the President of Plaintiff, Richland Equipment Company, Inc.; and,

(2)   I have read the foregoing *Verified Complaint, Jury Trial Demanded, Injunctive Relief Requested*, and the contents of same is true and correct to the best of my knowledge, information and belief.

_____
Jack R. Jones, Jr., on behalf of Richland Equipment Company, Inc.

Subscribed and sworn to before me this 28 day of June, 2017.

_____
Notary Public
PRINTED NAME: *Allen Walsh*
ADDRESS: *601 N. Napoleon Ct*
*Baton Rouge*
NOTARY #: *13206*
MY COMMISSION EXPIRES: _____