# JOHN DEERE COMPANY

2001 DEERE DRIVE, CONYERS, GEORGIA 30013-1598



26 October 1998

Mr. Jack R. Jones, Jr.
Richland Equipment Co., Inc.
P.O. Box 518
Highway 33 South
Centerville, MS  39631-0518

**CONFIDENTIAL**

Dear Jack:

Market share data for 12 months ending 30 April recently became available.  I am enclosing the latest data for your Area of Responsibility.  The Equipment Manufacturers Institute (EMI) has agreed to make this data available to coincide with our fiscal year; therefore, we will be making the data available to our dealers after the end of April (2nd Quarter) and the end of October (4th Quarter).

The minimum of 25% market share is our established guideline and it is expected of all John Deere dealers in the Atlanta Branch.  The purpose of this letter is to inform you of this expectation, and advise you that your market share for 12 months ending 30 April 1998 is 17%.  Your dealership has performed well above this minimum standard in the past, and I am positive that your dealership can attain that market share position again.  I am asking that you work with your Territory Manager, Joe Hollier, and develop a written marketing plan for 1999 that is designed to achieve, at a minimum, the required market share level.  I would like to have your plan by 01 December 1998.

If you have any questions or concerns about this request, please bring them to my attention immediately.  We are committed to helping our dealers achieve the dominant market share of the available business profitably in their respective AOR.  We will work with you and your people any way we can to help you meet these expectations.

Sincerely,

J. I. Broyles
Division Manager, Marketing

CC:  G. Sears, J. Hollier, S. Snyder

EXHIBIT 5

## CENTREVILLE AL

| COUNTY | % RESP. | 1994 | 1995 | 1996 | 1997 | 1998 |
|---|---|---|---|---|---|---|
| Adams | 100% | $650 | $823 | $564 | $2,419 | $2,744 |
| Amite | 55% | $193 | $347 | $409 | $244 | $279 |
| Franklin | 25% | $33 | $31 | $62 | $118 | $75 |
| Wilkinson | 100% | $552 | $1,643 | $893 | $644 | $702 |
| Potential | | $1,428 | $2,844 | $1,928 | $3,425 | $3,800 |
| Market Share | | 17.8% | 16.4% | 30.1% | 12.8% | 17.0% |



CENTREVILLE MS -- POTENTIAL (Millions): 1994: 1.4; 1995: 2.8; 1996: 1.9; 1997: 3.4; 1998: 3.8