*file*



John Deere Company, Atlanta
2001 Deere Drive, Conyers, GA 30013 USA

**Harold Norman**
Branch Manager Dealer Development

14 December 2006

Attention: Dealer Principal

In light of the new Pay-for-Performance volume discount additive schedule that is being implemented in fiscal year 2007, the Atlanta Branch has conducted a comprehensive re-evaluation of the Area Of Responsibility (AOR) assignments across the Branch.

The goal of this activity is to assign the counties within the Branch in the most fair and reasonable manner, so the most accurate baseline is established for measuring each dealer's performance.

A consistent process was applied across the Branch using geographical proximity as the predominant factor. As a result this could lead to changes in your present AOR.

Your Territory Manager will be visiting you in the next few weeks to review any changes and to finalize paperwork.

Sincerely,

*Harold Norman*

Harold Norman



EXHIBIT 6