
replaced 4.26.07

# Exhibit 1

## Dealer's AOR

Dealer's Area of Responsibility for agricultural equipment shall consist of the following counties: (except as may be noted for specific machines)

### CENTREVILLE, MISSISSIPPI - main store

| State | County | Commercial Ag | Small Ag/LPO/B2B | Tractors <80 HP |
|-------|--------|---------------|------------------|-----------------|
| LA | East Baton Rouge | 10% | 10% | 10% |
| LA | East Feliciana | 85% | 85% | 85% |
| LA | St. Helena | 60% | 60% | 45% |
| LA | West Feliciana | 60% | 60% | 60% |
| MS | Adams | 50% | 50% | 50% |
| MS | Amite | 55% | 55% | 55% |
| MS | Franklin | 35% | 35% | 35% |
| MS | Wilkinson | 100% | 100% | 100% |

Pursuant to Section I.A.1 of this Agreement Dealer's AOR may be enlarged or reduced, any such reductions or enlargements shall be as set forth below:

| Amendment Date: | 1/5/FEB 07 |
|---|---|
| Dealer's Signature: | |
| Dealer's Printed Name: | Zach Jones |
| TM's Signature: | |


EXHIBIT 7