

John Deere Company
2001 Deere Drive
Conyers, Georgia  30013

**Harold J. Norman, Jr.**
Division Sales Manager

**CERTIFIED MAIL**
**Return Receipt Requested**

10 December 2008

Mr. Jack Jones
Richland Equipment Company, Inc.
P O Box 518
Centreville  MS  39631

Dear Mr. Jones:

This letter serves as documentation of your conversation with Shelton Echols on Tuesday, December 9th. Market share data is a method of determining each dealer's performance relative to the trade area potential.

Richland Equipment Company, Inc.'s Area of Responsibility (AOR) market share performance must be improved. Section II. C. 1. of the Dealer Agreement provides that the dealer's appointment as a Dealer may be terminated if "Company believes the Dealer is not fulfilling the requirements of Dealer's appointment...". One of the requirements of your appointment as a John Deere dealer is based on Section I. C. 1. of the Dealer Agreement "to achieve sales objectives and market penetration within the Dealer's AOR satisfactory to the Company...".

Last year we discussed your historical AOR market share, which was unacceptable. The established market share requirement for 2008 was 15.7% and you achieved 6.1%, which is below the established AOR market share requirement. As a requirement for continuation of the Dealer Agreement with Richland Equipment Company, Inc., you must improve your AOR market share in fiscal year 2009 to a minimum of 15.7%. Continued failure to achieve and maintain this market share requirement could result in termination of your appointment as a Dealer. We reserve the right to amend these minimum market share requirements as future conditions would deem appropriate. Subsequent to 2009, we will be increasing the AOR market share requirement until such time as you consistently perform at an acceptable level.

As required in Section I. C. 3. of the Dealer Agreement, we also request an acceptable business plan detailing action plans to achieve the stated market share objectives. This business plan must be submitted for Company approval within 60 days of this letter. Failure to submit an acceptable business plan could also result in termination of your appointment as a dealer.

We want to assist and support your efforts to achieve the established market share objectives. Market share data is available on a monthly basis. We encourage you to periodically review your progress with your Territory Manager.

Sincerely,

*Harold Norman*

HJN/kch



EXHIBIT 10