## Harold Leonard

**From:** Fleck Jennifer M [FleckJenniferM@JohnDeere.com]
**Sent:** Monday, January 25, 2010 9:22 AM
**Subject:** JOHN DEERE: Updated AORs - Attn. Dealer Principals, GMs, and Sales Staff

Attn: Dealer Principals, GMs, and Sales Staff

Please be advised that the new AORs were loaded into the MS website last week. The plan to make AOR changes was previously announced and also discussed during the Dealer Strategy meetings in December. The new software used for AOR assignments draws lines that intersect the midpoint between dealers, ultimately creating a geographic area that is your AOR. You AOR can be viewed through Pathways - Sales - Market Share. New Exhibits will be arriving over the next few weeks for your signatures.

The new AORs are retroactive back to 1 Nov 2009 for both Market Share and In-AOR additives.

Please remember that when settling equipment, it is critical to enter the county of 1st use into JDSET, which drives the market share number reported.

### Where does the dealer and/or customer information come from?

The dealer sale and customer county is entered by the dealers using the ESETT or JDSET (electronic settlements), accounts receivable system. Customer names and addresses come from delivery receipt information entered by dealers via the WIN, (Warranty Information Network).

Thank you,
Jennifer

*Jennifer Fleck*
John Deere Company
Sales Support Territory Manager
Region 4 - Cary Office
Direct     919-804-2009
Toll Free  888-222-7239 Opt. 2
Fax        309-749-2717

CONFIDENTIALITY. This electronic mail and any files transmitted with it may contain information proprietary to Deere & Company, or one of its subsidiaries or affiliates, and are intended solely for the use of the individual or entity to whom they are addressed, shall be maintained in confidence and not disclosed to third parties without the written consent of the sender. If you are not the intended recipient or the person responsible for delivering the electronic mail to the intended recipient, be advised that you have received this electronic mail in error and that any use, dissemination, forwarding, printing, or copying of this electronic mail is strictly prohibited. If you have received this electronic mail in error, please immediately notify the sender by return mail.


EXHIBIT 13

1/25/2010

Model Summary                                                                                                  Page 1 of 1

Market Information
North American Market Share
Dealer Menu | Market Share Home | Contacts   Help

Deere Confidential - For Internal Dealer Use Only - Ag

| Report Name: Model Summary | Current Time Span: Jan 2009 - Dec 2009 |
|---|---|
| Product Family: Dealer Performance | |
| Dealer(s): Richland Equipment Co., Inc. - Centreville, MS (01 5326) | |

Download to Excel With Totals | Without Totals

| Product | Model Class | Size Class | Current Time Period Jan 2009 - Dec 2009 | | | | Previous Time Period Jan 2008 - Dec 2008 | | | | % Change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Ind | Dlr | Dlr Shr | Outside AOR | Ind | Dlr | Dlr Shr | Outside AOR | Ind | Dlr |
| Total | | | 60.65 | 10 | 16.5% | 1 | 103.05 | 9 | 8.7% | 0 | -41.1 | 11.1 |
| 2-Wheel Drive Tractors | | | 52.25 | 8 | 15.3% | 1 | 89.45 | 9 | 10.1% | 0 | -41.6 | -11.1 |
| | 4320 4520 4720 5055D/E 5203 5225 | 40 < 50 | 17.05 | 0 | 0.0% | 0 | 32.30 | 3 | 9.3% | 0 | -47.2 | -100.0 |
| | 45/4720 5303 5325 5065E/M | 50 < 60 | 13.05 | 3 | 23.0% | 0 | 18.10 | 1 | 5.5% | 0 | -27.9 | 200.0 |
| | 76F 5075E/M 5083E/EN 5403 5425 | 60 < 70 | 3.75 | 2 | 53.3% | 0 | 12.05 | 1 | 8.3% | 0 | -68.9 | 100.0 |
| | 85F 5093E 5525/N 6230/P 5085M | 70 < 80 | 2.20 | 0 | 0.0% | 0 | 6.50 | 3 | 46.2% | 0 | -66.2 | -100.0 |
| | 100P 5101E 05M 5603/25 6100D 6330 5095 | 80 < 90 | 10.90 | 2 | 18.3% | 0 | 10.35 | 1 | 9.7% | 0 | 5.3 | 100.0 |
| | 6115D 6430 7220 | 90 < 100 | 1.85 | 0 | 0.0% | 1 | 7.45 | 0 | 0.0% | 0 | -75.2 | 0.0 |
| | 7130/P 6130D | 100 < 110 | 0.15 | 0 | 0.0% | 0 | 1.60 | 0 | 0.0% | 0 | -90.6 | 0.0 |
| | 6140D 7230/P | 110 < 120 | 1.30 | 1 | 76.9% | 0 | 0.15 | 0 | 0.0% | 0 | 766.7 | 0.0 |
| | 7330/P | 120 < 130 | 0.15 | 0 | 0.0% | 0 | 0.15 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | 7430P | 130 < 140 | 0.00 | 0 | 0.0% | 0 | 0.15 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| | 7830 | 160 < 180 | 0.40 | 0 | 0.0% | 0 | 0.15 | 0 | 0.0% | 0 | 166.7 | 0.0 |
| | 7930 8130 8225R | 180 < 200 | 0.40 | 0 | 0.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | 8230/T 8320/T 8245R | 200 < 220 | 0.35 | 0 | 0.0% | 0 | 0.30 | 0 | 0.0% | 0 | 16.7 | 0.0 |
| | 8270R 8330/T | 220 < 240 | 0.50 | 0 | 0.0% | 0 | 0.10 | 0 | 0.0% | 0 | 400.0 | 0.0 |
| | 8430/T 8530 8295R/RT 8320R/RT 8345R/RT | 240 & Over | 0.20 | 0 | 0.0% | 0 | 0.10 | 0 | 0.0% | 0 | 100.0 | 0.0 |
| 4-Wheel Drive Tractors | | | 0.00 | 0 | 0.0% | 0 | 1.00 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| | 9430/T 9530/T | 400 < 500 | 0.00 | 0 | 0.0% | 0 | 1.00 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| Self-Propelled Combines | | | 0.30 | 0 | 0.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | T670 9770STS | 240 < 280 Kw | 0.30 | 0 | 0.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| Hay Balers-Rectangular | | | 0.60 | 0 | 0.0% | 0 | 0.60 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | 328 338 348 | < 4 | 0.60 | 0 | 0.0% | 0 | 0.60 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| Hay Balers-Round | | | 6.40 | 1 | 15.6% | 0 | 10.80 | 0 | 0.0% | 0 | -40.7 | 0.0 |
| | 458 582 | 55 < 90 | 3.25 | 0 | 0.0% | 0 | 8.05 | 0 | 0.0% | 0 | -59.6 | 0.0 |
| | 468 558 | 90 < 125 | 0.00 | 0 | 0.0% | 0 | 2.15 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| | 558 | 90 < 105 | 2.00 | 0 | 0.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | 568 | 125 & Over | 1.15 | 1 | 87.0% | 0 | 0.60 | 0 | 0.0% | 0 | 91.7 | 0.0 |
| Corn Heads | | | 0.00 | 0 | 0.0% | 0 | 0.10 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| | 608C 893 894 | 7 - 11 Row | 0.00 | 0 | 0.0% | 0 | 0.10 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| Moco - Rotary Side-Pull | | | 1.00 | 1 | 100.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | 530 535 630 635 | 3.0 & Over | 1.00 | 1 | 100.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| Combine Platforms, Flexible | | | 0.00 | 0 | 0.0% | 0 | 1.10 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| | 630 635 | 30' & Over | 0.00 | 0 | 0.0% | 0 | 1.10 | 0 | 0.0% | 0 | -100.0 | 0.0 |
| Combine Platforms, Rigid | | | 0.10 | 0 | 0.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |
| | 630 930D 936D | 30' & Over | 0.10 | 0 | 0.0% | 0 | 0.00 | 0 | 0.0% | 0 | 0.0 | 0.0 |

Copyright © 1997-2009 Deere & Company. All Rights Reserved.

Market Information
North American Market Share
Dealer Menu | Market Share Home | Contacts   Help

Deere Confidential - For Internal Dealer Use Only - Ag

| Report Name : Dealer AOR | Current Time Span : Effective With Dec 2009 Data |
|---|---|
| Product Family : Dealer Performance | |
| Dealer(s) : Richland Equipment Co., Inc. - Centreville, MS ( 01 5326 ) | |

Download to Excel

| State | City | Dealer Acct | Dealer | AOR State | County | Large Ag | Small Ag | Tractors <90 HP |
|---|---|---|---|---|---|---|---|---|
| MS | Centreville | 015326 | Centreville - Richland Equipment Co., Inc. (01 5326 T43) | LA | East Baton Rouge | 15% | 15% | 10% |
| | | | | | East Feliciana | 85% | 85% | 85% |
| | | | | | St. Helena | 60% | 60% | 30% |
| | | | | | West Feliciana | 20% | 20% | 20% |
| | | | | MS | Adams | 10% | 10% | 10% |
| | | | | | Amite | 55% | 55% | 55% |
| | | | | | Franklin | 35% | 35% | 25% |
| | | | | | Wilkinson | 100% | 100% | 100% |

Copyright © 1997-2009 Deere & Company. All Rights Reserved.

Market Information
North American Market Share
Dealer Menu | Market Share Home | Contacts  Help

Deere Confidential - For Internal Dealer Use Only - Ag

| Report Name : Model By County | Current Time Span : Jan 2009 - Dec 2009 |
| Product Family : Dealer Performance | |
| Dealer(s) : Richland Equipment Co., Inc. - Centreville, MS ( 01 5326 ) | |

Download to Excel With Totals | Without Totals

| Product | Model Class | Size Class | State | County | Comm Sm Ag U80 AOR | Current Time Period Jan 2009 - Dec 2009 | | | Previous Time Period Jan 2008 - Dec 2008 | | | % Change | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Ind | Dlr | Dlr Shr | Ind | Dlr | Dlr Shr | Ind | Dlr |
| AOR Total | | | | | | 60.65 | 10 | 16.5% | 103.05 | 9 | 8.7% | -41.1 | 11.1 |
| 2-Wheel Drive Tractors | | Total | | | | 52.25 | 8 | 15.3% | 89.45 | 9 | 10.1% | -41.6 | -11.1 |
| | 4320 4520 4720 5055D/E 5203 5225 | 40 < 50 | | | | 17.05 | 0 | 0.0% | 32.30 | 3 | 9.3% | -47.2 | 100.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 2.30 | 0 | 0.0% | 3.60 | 0 | 0.0% | -36.1 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 7.65 | 0 | 0.0% | 11.90 | 1 | 8.4% | -35.7 | 100.0 |
| | | | | St. Helena | 60/60/30 | 0.30 | 0 | 0.0% | 2.70 | 0 | 0.0% | -88.9 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 0.40 | 0 | 0.0% | 1.60 | 0 | 0.0% | -75.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.50 | 0 | 0.0% | 1.00 | 0 | 0.0% | -50.0 | 0.0 |
| | | | | Amite | 55/55/55 | 1.65 | 0 | 0.0% | 5.50 | 2 | 36.4% | -70.0 | 100.0 |
| | | | | Franklin | 35/35/25 | 1.25 | 0 | 0.0% | 2.00 | 0 | 0.0% | -37.5 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 3.00 | 0 | 0.0% | 4.00 | 0 | 0.0% | -25.0 | 0.0 |
| | 45/4720 5303 5325 5065E/M | 50 < 60 | | | | 13.05 | 3 | 23.0% | 18.10 | 1 | 5.5% | -27.9 | 200.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 4.00 | 1 | 25.0% | 3.70 | 1 | 27.0% | 8.1 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 4.25 | 1 | 23.5% | 5.10 | 0 | 0.0% | -16.7 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.00 | 0 | 0.0% | 0.30 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 1.20 | 1 | 83.3% | 0.40 | 0 | 0.0% | 200.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.40 | 0 | 0.0% | 0.50 | 0 | 0.0% | -20.0 | 0.0 |
| | | | | Amite | 55/55/55 | 2.20 | 0 | 0.0% | 6.60 | 0 | 0.0% | -66.7 | 0.0 |
| | | | | Franklin | 35/35/25 | 0.00 | 0 | 0.0% | 0.50 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 1.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 0.0 | 0.0 |
| | 76F 5075E/M 5083E/EN 5403 5425 | 60 < 70 | | | | 3.75 | 2 | 53.3% | 12.05 | 1 | 8.3% | -68.9 | 100.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 0.80 | 0 | 0.0% | 1.50 | 0 | 0.0% | -46.7 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 1.70 | 1 | 58.8% | 0.85 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.30 | 0 | 0.0% | 0.60 | 0 | 0.0% | -50.0 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 0.40 | 0 | 0.0% | 0.60 | 1 | 166.7% | -33.3 | 100.0 |
| | | | MS | Adams | 10/10/10 | 0.00 | 0 | 0.0% | 0.50 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | Amite | 55/55/55 | 0.55 | 1 | 181.8% | 2.75 | 0 | 0.0% | -80.0 | 0.0 |
| | | | | Franklin | 35/35/25 | 0.00 | 0 | 0.0% | 1.25 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 0.00 | 0 | 0.0% | 4.00 | 0 | 0.0% | 100.0 | 0.0 |
| | 85F 5093E 5525/N 6230/P 5085M | 70 < 80 | | | | 2.20 | 0 | 0.0% | 6.50 | 3 | 46.2% | -66.2 | 100.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 0.00 | 0 | 0.0% | 0.40 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 0.00 | 0 | 0.0% | 0.85 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.00 | 0 | 0.0% | 0.60 | 0 | 0.0% | | 0.0 |

| Model | Range | | Location | County | Ratio | Val1 | N1 | Pct1 | Val2 | N2 | Pct2 | Diff | Extra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | 100.0 |
| | | | | West Feliciana | 20/20/20 | 0.20 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.20 | 0 | 0.0% | 0.20 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | Amite | 55/55/55 | 0.55 | 0 | 0.0% | 2.20 | 1 | 45.5% | -75.0 | 100.0 |
| | | | | Franklin | 35/35/25 | 0.25 | 0 | 0.0% | 0.25 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 1.00 | 0 | 0.0% | 2.00 | 2 | 100.0% | -50.0 | 100.0 |
| 100F 5101E 05M 5603/25 6100D 6330 5095 | 80 < 90 | | | | | 10.90 | 2 | 18.3% | 10.35 | 1 | 9.7% | 5.3 | 100.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 1.30 | 1 | 76.9% | 1.30 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 1.70 | 0 | 0.0% | 4.25 | 1 | 23.5% | -60.0 | 100.0 |
| | | | | St. Helena | 60/60/30 | 1.50 | 0 | 0.0% | 0.90 | 0 | 0.0% | 66.7 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 0.20 | 0 | 0.0% | 0.40 | 0 | 0.0% | -50.0 | 0.0 |
| | | MS | | Adams | 10/10/10 | 0.20 | 0 | 0.0% | 0.40 | 0 | 0.0% | -50.0 | 0.0 |
| | | | | Amite | 55/55/55 | 0.00 | 0 | 0.0% | 1.10 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 6.00 | 1 | 16.7% | 2.00 | 0 | 0.0% | 200.0 | 0.0 |
| 6115D 6430 7220 | 90 < 100 | | | | | 1.85 | 0 | 0.0% | 7.45 | 0 | 0.0% | -75.2 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.45 | 0 | 0.0% | 4.35 | 0 | 0.0% | -89.7 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 0.85 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.00 | 0 | 0.0% | 0.60 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 0.00 | 0 | 0.0% | 0.40 | 0 | 0.0% | 100.0 | 0.0 |
| | | MS | | Adams | 10/10/10 | 0.00 | 0 | 0.0% | 0.30 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | Amite | 55/55/55 | 0.55 | 0 | 0.0% | 1.10 | 0 | 0.0% | -50.0 | 0.0 |
| | | | | Franklin | 35/35/25 | 0.00 | 0 | 0.0% | 0.70 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 0.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| 7130/P 6130D | 100 < 110 | | | | | 0.15 | 0 | 0.0% | 1.60 | 0 | 0.0% | -90.6 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.15 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.00 | 0 | 0.0% | 0.60 | 0 | 0.0% | 100.0 | 0.0 |
| | | MS | | Wilkinson | 100/100/100 | 0.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 100.0 | 0.0 |
| 6140D 7230/P | 110 < 120 | | | | | 1.30 | 1 | 76.9% | 0.15 | 0 | 0.0% | 766.7 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.45 | 0 | 0.0% | 0.15 | 0 | 0.0% | 200.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 0.85 | 1 | 117.6% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| 7330/P | 120 < 130 | | | | | 0.15 | 0 | 0.0% | 0.15 | 0 | 0.0% | 0.0 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.15 | 0 | 0.0% | 0.15 | 0 | 0.0% | 0.0 | 0.0 |
| 7430P | 130 < 140 | | | | | 0.00 | 0 | 0.0% | 0.15 | 0 | 0.0% | 100.0 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.00 | 0 | 0.0% | 0.15 | 0 | 0.0% | 100.0 | 0.0 |
| 7830 | 160 < 180 | | | | | 0.40 | 0 | 0.0% | 0.15 | 0 | 0.0% | 166.7 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.00 | 0 | 0.0% | 0.15 | 0 | 0.0% | 100.0 | 0.0 |
| | | MS | | Adams | 10/10/10 | 0.40 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| 7930 8130 8225R | 180 < 200 | | | | | 0.40 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | MS | | Adams | 10/10/10 | 0.40 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| 8230/T 8320/T 8245R | 200 < 220 | | | | | 0.35 | 0 | 0.0% | 0.30 | 0 | 0.0% | 16.7 | 0.0 |
| | | LA | | East Baton Rouge | 15/15/10 | 0.15 | 0 | 0.0% | 0.30 | 0 | 0.0% | -50.0 | 0.0 |
| | | MS | | Adams | 10/10/10 | 0.20 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| 8270R 8330/T | 220 < 240 | | | | | 0.50 | 0 | 0.0% | 0.10 | 0 | 0.0% | 400.0 | 0.0 |

| Category | Model | Size | State | County | Ratio | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 | Col13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MS | Adams | 10/10/10 | 0.50 | 0 | 0.0% | 0.10 | 0 | 0.0% | 400.0 | 0.0 |
| | 8430/T 8530 8295R/RT 8320R/RT 8345R/RT | 240 & Over | | | | 0.20 | 0 | 0.0% | 0.10 | 0 | 0.0% | 100.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.20 | 0 | 0.0% | 0.10 | 0 | 0.0% | 100.0 | 0.0 |
| 4-Wheel Drive Tractors | | Total | | | | 0.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 100.0 | 0.0 |
| | 9430/T 9530/T | 400 < 500 | | | | 0.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 100.0 | 0.0 |
| | | | MS | Wilkinson | 100/100/100 | 0.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 100.0 | 0.0 |
| Self-Propelled Combines | | Total | | | | 0.30 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | T670 9770STS | 240 < 280 Kw | | | | 0.30 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.30 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| Hay Balers-Rectangular | | Total | | | | 0.60 | 0 | 0.0% | 0.60 | 0 | 0.0% | 0.0 | 0.0 |
| | 328 338 348 | < 4 | | | | 0.60 | 0 | 0.0% | 0.60 | 0 | 0.0% | 0.0 | 0.0 |
| | | | LA | St. Helena | 60/60/30 | 0.60 | 0 | 0.0% | 0.60 | 0 | 0.0% | 0.0 | 0.0 |
| Hay Balers-Round | | Total | | | | 6.40 | 1 | 15.6% | 10.80 | 0 | 0.0% | -40.7 | 0.0 |
| | 458 582 | 55 < 90 | | | | 3.25 | 0 | 0.0% | 8.05 | 0 | 0.0% | -59.6 | 0.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 0.30 | 0 | 0.0% | 0.30 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 1.70 | 0 | 0.0% | 1.70 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.60 | 0 | 0.0% | 0.60 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 0.00 | 0 | 0.0% | 0.40 | 0 | 0.0% | 100.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.10 | 0 | 0.0% | 0.20 | 0 | 0.0% | -50.0 | 0.0 |
| | | | | Amite | 55/55/55 | 0.55 | 0 | 0.0% | 3.85 | 0 | 0.0% | -85.7 | 0.0 |
| | | | | Wilkinson | 100/100/100 | 0.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 100.0 | 0.0 |
| | 468 558 | 90 < 125 | | | | 0.00 | 0 | 0.0% | 2.15 | 0 | 0.0% | 100.0 | 0.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 0.00 | 0 | 0.0% | 0.15 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 0.00 | 0 | 0.0% | 0.85 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | St. Helena | 60/60/30 | 0.00 | 0 | 0.0% | 0.60 | 0 | 0.0% | 100.0 | 0.0 |
| | | | | West Feliciana | 20/20/20 | 0.00 | 0 | 0.0% | 0.20 | 0 | 0.0% | 100.0 | 0.0 |
| | | | MS | Franklin | 35/35/25 | 0.00 | 0 | 0.0% | 0.35 | 0 | 0.0% | 100.0 | 0.0 |
| | 558 | 90 < 105 | | | | 2.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 0.15 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 0.85 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | MS | Wilkinson | 100/100/100 | 1.00 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | 568 | 125 & Over | | | | 1.15 | 1 | 87.0% | 0.60 | 0 | 0.0% | 91.7 | 0.0 |
| | | | LA | St. Helena | 60/60/30 | 0.60 | 0 | 0.0% | 0.60 | 0 | 0.0% | 0.0 | 0.0 |
| | | | MS | Amite | 55/55/55 | 0.55 | 1 | 181.8% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| Corn Heads | | Total | | | | 0.00 | 0 | 0.0% | 0.10 | 0 | 0.0% | 100.0 | 0.0 |
| | 608C 893 894 | 7 - 11 Row | | | | 0.00 | 0 | 0.0% | 0.10 | 0 | 0.0% | 100.0 | 0.0 |
| | | | MS | Adams | 10/10/10 | 0.00 | 0 | 0.0% | 0.10 | 0 | 0.0% | 100.0 | 0.0 |
| Moco - Rotary Side-Pull | | Total | | | | 1.00 | 1 | 100.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | 530 535 630 635 | 3.0 & Over | | | | 1.00 | 1 | 100.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | LA | East Baton Rouge | 15/15/10 | 0.15 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| | | | | East Feliciana | 85/85/85 | 0.85 | 1 | 117.6% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| Combine Platforms, Flexible | | Total | | | | 0.00 | 0 | 0.0% | 1.10 | 0 | 0.0% | 100.0 | 0.0 |
| | 630 635 | 30' & Over | | | | 0.00 | 0 | 0.0% | 1.10 | 0 | 0.0% | 100.0 | 0.0 |

|  |  | MS | Adams | 10/10/10 | 0.00 | 0 | 0.0% | 0.10 | 0 | 0.0% | 100.0 | 0.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Wilkinson | 100/100/100 | 0.00 | 0 | 0.0% | 1.00 | 0 | 0.0% | 100.0 | 0.0 |
| Combine Platforms, Rigid | Total |  |  |  | 0.10 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| 630 930D 936D | 30' & Over |  |  |  | 0.10 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
|  |  | MS | Adams | 10/10/10 | 0.10 | 0 | 0.0% | 0.00 | 0 | 0.0% | 0.0 | 0.0 |
| Outside AOR Total |  |  |  |  |  | 1 |  |  | 0 |  |  |  |
| 2-Wheel Drive Tractors | Total |  |  |  |  | 1 |  |  | 0 |  |  |  |
| 6115D 6430 7220 | 90 < 100 |  |  |  |  | 1 |  |  | 0 |  |  |  |
|  |  | LA | Lafourche |  |  | 1 |  |  | 0 |  |  |  |

Copyright © 1997-2009 Deere & Company. All Rights Reserved.