**JOHN DEERE**

Agriculture & Turf Division – Region 4
11145 Thompson Ave. Lenexa, KS 66219 USA

27 October 2010

RICHLAND EQUIPMENT CO., INC.
PO BOX 518
CENTREVILLE, MS 39631

ATTN: Dealer Principal

RE: Revised Area of Responsibility (AOR) Assignments

On 8 September 2009, your Dealership was notified that John Deere would be revising its Area of Responsibility (AOR) policies and procedures to address multiple changes that have occurred in the Dealer Channel and market in recent years. These revisions included changing the "< 80 HP AOR" to "< 90 HP Tractors" and renaming "Commercial Ag" to "Large Ag." Geographic Area of Responsibility adjustments were also made in some instances.

In addition to the communication on 8 September 2009, your Territory Manager also reviewed with you the specific changes to your organization's AOR or Trade Area. Ag Dealers were asked to sign an updated Exhibit 1 document that is part of the Ag Dealer Agreement which details the assigned AOR for Large Ag, Small Ag and < 90 HP Tractors. Turf & Utility Dealers were asked to sign an Addendum that would be part of the C&CE Dealer Agreement and details the assigned Dealer Trade Area for < 90 HP Tractors. The < 90 HP Tractor AOR also defines Governmental Sales AOR as announced in a communication titled "Change in Government Area of Responsibility Policy" issued on 6 August 2009 to all U.S. Ag & Turf Dealers.

The communication on 8 September 2009 indicated that these changes would be effective 1 November 2009 for the 2010 fiscal year and would be used in calculating your 2010 year-end Market Share.

This letter is to inform you that your Exhibit 1 to the Ag Dealer Agreement or Addendum to the C&CE Dealer Agreement has either not been returned or was returned unsigned. Appropriate notice has been given and your 2010 year-end Market Share will be based on the revised AOR information previously provided by your Territory Manager. Your Dealer's current AOR information can also be referenced in the Dealer AOR section of the Market Share site.

Thank You,

*J. Wesley Bookout*

J. Wesley Bookout
Branch Manager, Dealer Development


EXHIBIT 15