# Exhibit 1

## Dealer's AOR

Dealer's Area of Responsibility for agricultural equipment shall be as set forth below:

### Centreville, Mississippi - main store

| State | County | Large Ag | Small Ag | Tractors <120 EHP |
|---|---|---|---|---|
| LA | East Baton Rouge | 15% | 15% | 10% |
| LA | East Feliciana | 85% | 85% | 85% |
| LA | St. Helena | 30% | 30% | 30% |
| LA | West Feliciana | 20% | 20% | 20% |
| MS | Adams | 10% | 10% | 10% |
| MS | Amite | 55% | 55% | 55% |
| MS | Franklin | 35% | 35% | 25% |
| MS | Wilkinson | 100% | 100% | 100% |

It is obvious John Deere can continue to rearrange our AOR however they see fit. Richland Equipment will continue to canvas our surrounding areas as best we can, considering the tractor prices we are given.

*[Handwritten: TM would not sign due to the addendum.]*

Dealer Signature: *[signed]*
Print Name: Jack Jones
Title (Authorized Officer, Owner, or Partner): Pre-owner
Date: 6/14/16

Company Signature: _____
Printed Name: _____
Date: _____

EXHIBIT 18

# Exhibit 1

## Dealer's AOR

Dealer's Area of Responsibility for agricultural equipment shall be as set forth below:

**Centreville, Mississippi - main store**

| State | County | Large Ag | Small Ag | Tractors <120 EHP |
|---|---|---|---|---|
| LA | East Baton Rouge | 15% | 15% | 10% |
| LA | East Feliciana | 85% | 85% | 85% |
| LA | St. Helena | 30% | 30% | 30% |
| LA | West Feliciana | 20% | 20% | 20% |
| MS | Adams | 10% | 10% | 10% |
| MS | Amite | 55% | 55% | 55% |
| MS | Franklin | 35% | 35% | 25% |
| MS | Wilkinson | 100% | 100% | 100% |

_____  
Dealer Signature

_____  
Print Name

_____  
Title (Authorized Officer, Owner, or Partner)

_____  
Date

_____  
Company Signature

_____  
Printed Name

_____  
Date