USERID: XR80697 ORDER INFORMATION 13APR11 10:06:39 PAGE 1

```
ORDER NUMBER.... 01 718422
ORDER DATE...... 07OCT10          SOLD TO.......... 015326  CENTREVILLE, MS
TYPE ORDER...... NON/ASSIGNABLE   SHIPPING MODE.... TRUCK LOAD
STATUS.......... CANCELLED        CARRIER NAME..... COM ASSIGN
SHIPPING FROM... AUGUSTA          SHIP TO.......... RICHLAND EQUIPMENT CO., INC.
WEIGHT.......... 4475                               1245 HWY 33 S
AVAILABLE DATE.. 05APR11                            CENTREVILLE, MS    39631
REQUESTED DELVRY 07OCT10          DELIVERY POINT... CENTREVILLE, MS    39631
REQUESTED SHIP.. 28FEB11
```

| ORDER CODE | QUANTITY | DESCRIPTION |
|---|---|---|
| 1731LV41 | 1 | 5055E PK41 |
| 1731LV | 1 | 5055E TRACTOR |
| 0200 | 1 | NORTH AMERICA |
| 0402 | 1 | ENGLISH OPERATION MANUAL |
| 1240 | 1 | MFWD |
| 3520 | 1 | MID MOUNT SCV |
| 5037 | 1 | 16.9-24 IN. 6PR R4 |
| 6120 | 1 | 12.5/80-18 10PR I3(R4 TYPE) |

| DATE ENTERED | COMMENT |
|---|---|
| 07OCT10 | ORDER ENTERED BY X424650 |
| 07OCT10 | ORDER ENTERED AS UNSOURCED BY X424650 |
| 05APR11 | CANCELLED UNSOURCED ORDER, OLDER THAN 9 MOS |
| 05APR11 | KC61693--UNSOURCED STOCK ORDER CANCELLED |

See e-mail & Replies attached

EXHIBIT 22

**Beverly**

---

**From:** "Kleeman Kathie D" <KleemanKathleenD@JohnDeere.com>
**To:** "Beverly" <beverly@richlandeq.com>
**Sent:** Monday, May 09, 2011 3:18 PM
**Subject:** RE: cancelled order

Beverly –



I apologize for this inconvenience. Clearly we prematurely cancelled your order 01-718422. I can enter a new order for you, if you would like, or you can place a new order for 5055E. The order will most likely go in as unsourced again if you enter as a stock again.

Kathie

**From:** Beverly [mailto:beverly@richlandeq.com]
**Sent:** Monday, May 09, 2011 3:05 PM
**To:** Kleeman Kathie D
**Subject:** Re: cancelled order

01 5326

> ----- Original Message -----
> **From:** Kleeman Kathie D
> **To:** Beverly
> **Sent:** Monday, May 09, 2011 1:34 PM
> **Subject:** RE: cancelled order
>
> 
>
> Beverly –
>
> What is your dealer account number?
>
> **From:** Beverly [mailto:beverly@richlandeq.com]
> **Sent:** Monday, May 09, 2011 1:25 PM
> **To:** Kleeman Kathie D
> **Subject:** Re: cancelled order
>
> Order # is 01 718422
>
> > ----- Original Message -----
> > **From:** Kleeman Kathie D
> > **To:** Beverly
> > **Sent:** Monday, May 09, 2011 10:46 AM
> > **Subject:** RE: cancelled order
> >
> > Beverly –
> >
> > Can you please provide me with the order number?
> >
> > Our policy of cancelling unsourced orders older than 9 months, is stated at the top of the availability letter which is published weekly. We do not contact the dealers when working with this report. I will take a look at your order after you reply with the order number.
> >
> > Thank you,
> > Kathie



**From:** Beverly [mailto:beverly@richlandeq.com]
**Sent:** Monday, May 09, 2011 10:25 AM
**To:** Kleeman Kathie D
**Subject:** cancelled order

(1)

Kathleen,

On April 5th, Richland Equipment had an unsourced order for a 5055E tractor cancelled. We were not notified that the order was being cancelled. "Order information" says the order was older than 9 months old, but my information says the order was placed on Oct 7, 2010. I would think the appropriate thing to do would be to alert the salesman before the action was taken, especially since it had not been 9 months since the order had been placed.

Please let me know what's going on.

Thanks,
Beverly Taylor