# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**RICHLAND EQUIPMENT COMPANY,**
**INC.** **PLAINTIFF**

V. CIVIL ACTION NO. 5:17-CV-88-KS-MTP

**DEERE & COMPANY** **DEFENDANT**

### ORDER

On July 31, 2017, Defendant filed a Motion to Compel Arbitration [10]. Plaintiff shall respond on or before **August 14, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so on or before **August 21, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __1st__ day of August, 2017.

                                                                                 __s/Keith Starrett_____
                                                                         UNITED STATES DISTRICT JUDGE