# Exhibit 1

## Dealer's AOR

Dealer's Area of Responsibility for agricultural equipment shall be as set forth below:

**Centreville, Mississippi - main store**

| State | County | Large Ag | Small Ag | Tractors <120 EHP |
|---|---|---|---|---|
| LA | East Baton Rouge | 15% | 15% | 15% |
| LA | East Feliciana | 85% | 85% | 85% |
| LA | St. Helena | 30% | 30% | 30% |
| LA | West Feliciana | 20% | 20% | 20% |
| MS | Adams | 10% | 10% | 10% |
| MS | Amite | 55% | 55% | 55% |
| MS | Franklin | 35% | 35% | 25% |
| MS | Wilkinson | 100% | 100% | 100% |

It is obvious John Deere can continue to rearrange our AOR however they see fit. Richland Equipment will continue to canvas our surrounding areas as best we can, considering the tractor prices we are given.

*[Handwritten note:]* TM would not sign due to the addendum

_____
Dealer Signature

Jack Jones
Print Name

Pre-owner
Title (Authorized Officer, Owner, or Partner)

6/14/16
Date

_____
Company Signature

_____
Printed Name

_____
Date

EXHIBIT 18

# Exhibit 1

## Dealer's AOR

Dealer's Area of Responsibility for agricultural equipment shall be as set forth below.

### Centreville, Mississippi - main store

| State | County | Large Ag | Small Ag | Tractors <120 EHP |
|---|---|---|---|---|
| LA | East Baton Rouge | 15% | 15% | 15% |
| LA | East Feliciana | 85% | 85% | 85% |
| LA | St. Helena | 30% | 30% | 30% |
| LA | West Feliciana | 20% | 20% | 20% |
| MS | Adams | 10% | 10% | 10% |
| MS | Amite | 55% | 55% | 55% |
| MS | Franklin | 35% | 35% | 25% |
| MS | Wilkinson | 100% | 100% | 100% |

Dealer Signature

Print Name

Title (Authorized Officer, Owner, or Partner)

Date

Company Signature

Printed Name

Date